| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF TENNESSEE |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Vigilant Health Network, Inc.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA Vigilant Health**<br>**FDBA Southern Health Network, Inc.**<br>**FDBA Vigilant Health Diabetes Care**<br>**FKA Vigilant Health Partners, Inc.**<br>**FKA Mississippi Communities Health Advisers** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-2885777** |
| 4. | Debtor's address | **Principal place of business**<br><br>**10 Burton Hills Blvd., Ste 400**<br><br>**Nashville, TN 37215**<br>Number, Street, City, State & ZIP Code<br><br>**Davidson**<br>County | **Mailing address, if different from principal place of business**<br><br>**P.O. Box 50395**<br>**Nashville, TN 37205**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**1040 River Oaks Drive, Suite 302 Flowood, MS 39232**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.vigilant-health.com** |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | **Vigilant Health Network, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### 7. Describe debtor's business

**A.** *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

**B.** *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6219__

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

| Debtor | Vigilant Health Network, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Vigilant Health Network, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 9, 2025**
MM / DD / YYYY

**X /s/ G. Austin Triggs, Jr.**          **G. Austin Triggs, Jr.**
Signature of authorized representative of debtor          Printed name

Title  **Executive Chairman**

---

**18. Signature of attorney**

**X /s/ Robert J. Gonzales**          Date  **January 9, 2025**
Signature of attorney for debtor                       MM / DD / YYYY

**Robert J. Gonzales**
Printed name

**EmergeLaw, PLC**
Firm name

**4235 Hillsboro Pike, Suite 300**
**Nashville, TN 37215**
Number, Street, City, State & ZIP Code

Contact phone  **(615) 815-1535**          Email address  **ecf@emerge.law**

**16705 TN**
Bar number and State

| | | | | |
|---|---|---|---|---|
| **Fill in this information to identify your case:** | | | | |

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **DCA Mississippi, LLC** | | | Relationship to you | **Affiliate** |
| District | **Middle District of Tennessee** | When | **1/9/25** | Case number, if known | |
| Debtor | **DCGM, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Middle District of Tennessee** | When | **1/9/25** | Case number, if known | |
| Debtor | **Diabetes Care Group, inc** | | | Relationship to you | **Affiliate** |
| District | **Middle District of Tennessee** | When | **1/9/25** | Case number, if known | |

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Vigilant Health Network, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Executive Chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 9, 2025**

/s/ **G. Austin Triggs, Jr.**
 **G. Austin Triggs, Jr.**/**Executive Chairman**
Signer/Title

21 South, LLC
Attn: Sean Doherty
50 Atlantic Ave.
Cohasset, MA 02025


3R, LLC
2802 Bransford Avenue
Nashville, TN 37204


968 West Veterans Realty LLC
50 Tice Blvd
Woodcliff Lake, NJ 07677


Advanced Health Systems, Inc. (MSHP)
3545 Lakeland Drive
Flowood, MS 39232


All Medical Personnel, Inc.
4000 Hollywood Blvd., Suite 600-N
Hollywood, FL 33021


Alpine Advance 5 LLC
46 Washington St., Ste 6
Middletown, CT 06457


Amazon Capital Services
P.O. Box 035184
Seattle, WA 98124-5184


America Express ADR
P.O. Box 981535
El Paso, TX 79998


American Express
P.O. Box 650448
Dallas, TX 75265-0448


American Express LOC
P.O. Box 570622
Atlanta, GA 30357


American Express National Bank
P.O. Box 30384
Salt Lake City, UT 84130


Annette Low
222 Valley Road
Ridgeland, MS 39157


Armour Locksmith, Inc
P.O. Box 6508
Laurel, MS 39443


Aspire Funding Platform, LLC
9450 SW Gemini Dr Pmb 65198
Beaverton, OR 97008-7105

Aspire Funding Platform, LLC
50 Tice Road
Woodcliff Lake, NJ 07677


Aspire Funding Platform, LLC
P.O. Box 105555
Atlanta, GA 30348-5555


Associated Pathologists Chartered
P.O. Box 912395
Pasadena, CA 91110-2395


Baptist Health
9601 Baptist Health Drive
Little Rock, AR 72205


BizFund, LLC
315 Avenue U
Brooklyn, NY 11223


BizFund, LLC
2371 McDonald Ave, 2nd FL
Brooklyn, NY 11223


Brookstone Funding
300 Mcgaw Drive
Edison, NJ 08837


C&O Holdings, LLC
129 Donna Street
Gulfport, MS 39503


Canfield Capital, LLC
30 North Gould Street, Ste R
Sheridan, WY 82801


Canfield Capital, LLC
1775 Wehrle Dr., Ste 300
Buffalo, NY 14221-7093


Capytal.com
80 Broad Street, Suite 3303
New York, NY 10004


Carl Church
5539 Alexa Road
Charlotte, NC 28277


Cedar Advance LLC
5401 Collins Avenue CU-9A
Miami Beach, FL 33140


Christine Medlock, Esq.
1385 Broadway, 15th Floor
New York, NY 10018

CHTD Company
P.O. Box 2576
Springfield, IL 62708


Citibank, N.A. Credit Card
701 E 60th Street North
P.O. Box 6034
Sioux Falls, SD 57117


City of Vicksburg
Attn: Lee Davis Thames
1401 Walnut Street
Vicksburg, MS 39180


Cogency Global, Inc.
122E 42nd Street, 18th Floor
New York, NY 10168


Comcast Business
P.O. Box 71211
Charlotte, NC 28272


Commonwealth Health Advisors LLC
330 Main Street
Concord, MA 01742


Concur Technologies, Inc.
601 108th Avenue NE, Suite 1000
Bellevue, WA 98004


Connie Brewer
1910 Auburn Avenue
Monroe, LA 71201


Corporation Service Company (CSC)
P.O. Box 2576
Springfield, IL 62708


Corporation Service Company (CSC)
801 Adlai Stevenson Dr.
Springfield, IL 62703


Corporation Service Company, UCC Rep.
P.O. Box 2576
Springfield, IL 62708


Cromwell Capital LLC
398 E Dania Beach Blvd #297
Dania, FL 33004


CT Corporation System, as (UCC) Rep.
Attn: SPRS
330 North Brand Blvd., Ste 700
Glendale, CA 91203

Cucumber Capital
100 Cedarhurst Ave.
Cedarhurst, NY 11516


D&Y
P.O. Box 635715
Cincinnati, OH 45263-5715


David Fogel, P.C.
1225 Franklin Avenue, Suite 201
Garden City, NY 11530


Davis Paper Chemical
P.O Box 12
Aberdeen, MS 39730


DMKA, LLC
1115 Broadway, 11th Floor
New York, NY 10010


Dr. Annette Low
222 Valley Road
Ridgeland, MS 39157


Eva Minasian
1427 South Glendale Avenue
Glendale, CA 91205


First Commercial Bank
Attn: Elisa Phillips
P.O. Box 12868
Jackson, MS 39236-2868


First Corporate Solutions
914 S. Street
Sacramento, CA 95811


Fora Financial Business Loans, LLC
Attn: Legal Dept. (#828185)
1385 Broadway, 15th Floor
New York, NY 10018


Fortenberry Pest Control
232 Eastwood Drive
Brandon, MS 39042


Fox Funding Group LLC
801 South 21st Ave
Hollywood, FL 33020


Fox Funding Group LLC
c/o Registered Agent - Tyler B. Korn, Es
5150 Tamiami Trail N., Ste 302
Naples, FL 34103

G2G Solutions, LLC
1109 North Palm Street
Little Rock, AR 72205


Geiger
P.O. Box 1609
Lewiston, ME 04241-1609


Geis Realty Group, Inc.
30 South 17th Street, Suite 210
Philadelphia, PA 19103


GemCare Wellness
5640 Hudson Industrial Parkway
Hudson, OH 44236


George McGinn
6104 Bresslyn Road
Nashville, TN 37205


Globo Language Solutions LLC
145 Greenwood Ave.
Wyncote, PA 19095


Greenleaf Environmental Services
P.O. Box 2558
Ashland, KY 41105


Gulfside Casino Partnership
3300 West Beach Blvd
Gulfport, MS 39501


HealthStream, Inc
209 10th Ave, South, Suite 450
Nashville, TN 37203


Henry Schein, Inc
Dept CH 10241
Palatine, IL 60055-0241


Henry Schein, Inc.
135 Duryea Road Melville
Melville, NY 11747


Highland Hill Capital, LLC
1100 Park Central Blvd S, Ste 1200
Pompano Beach, FL 33064


Intermediate Holdings of New Jersey, LLC
300 McGaw Drive
Edison, NJ 08837


Interstate Filings LLC
2071 Flatbush Ave
Brooklyn, NY 11234

Invergarry Holdings, L.P.
4235 Hillsboro Pike, Suite 300
Nashville, TN 37215

Invergarry Special Opportunities I, L.P
4235 Hillsboro Road, Suite 300
Nashville, TN 37215

IPFS Corporation of the South
P.O. Box 412086
Kansas City, MO 64141-2086

IPFS Corporation of the South
P.O. Box 730223
Dallas, TX 75373

Jackie Ingram Lawn Service
15922 HWY 397
Louisville, MS 39339

Jackson HMA , LLC - MH Central
c/o Geis Realty Group, Inc
P.O. Box 402176
Atlanta, GA 30384

Jackson HMA,LLC dba Merit Health Central
c/o Geis Realty Group, Inc
1850 Chadwick Drive
Jackson, MS 39204

Jeff Tornow
2608 East Marson Drive
Sioux Falls, SD 57103

John Glassford
8 Chambord Lane
Little Rock, AR 72223

Jon M Beall MD
306 North Pointe Parkway
Jackson, MS 39211

JPMorgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

Kane Ditto
P.O. Box 13925
Jackson, MS 39236

Keith Meador
214 West Barbee Chapel Road
Chapel Hill, NC 27517

Kenneth M Sauer, MD, PLLC.
823 North Arthur Street 72205
Little Rock, AR 72205


LBMC W Squared LLC
201 Franklin Road Suite 400 37024
Brentwood, TN 37024


Levi Strauss & Co.
Attn: Melody McClain
1155 Battery
San Francisco, CA 94111


Lieberman & Klestzick, LLP
Attn: Joe Lieberman, Esq.
P.O. Box 356
Cedarhurst, NY 11516


M.D. Outdoor, LLC
P.O. Box 1197
Laurel, MS 39441


Magnolia Health Plan
Attn: Nichole Linton
1000 Highland Colony Pkwy, Suite 502
Ridgeland, MS 39157


McKesson Medical Surgical
P.O. Box 660266
Dallas, TX 75266-0266


Medical Waste Services
11995 Highway 62 East
Harrison, AR 72601


Merit Health - River Oaks
c/o Geis Realty Group, Inc.
P.O. Box 402176
Atlanta, GA 30384-2176


Merit Health - River Region
c/o Geis Realty Group, Inc.
P.O. Box 402176
Atlanta, GA 30384-2176


Metrix Solutions, LLC
1888 Main Street, Suite C #117
Madison, MS 39110


Miss Children's Home Services, Inc.
1465 Lakeland Drive
Jackson, MS 39216


Miss Health Care Assoc Emp Ben Plan
Attn: Amelia Roberts
2506 Lakeland Drive, Suite 602
Flowood, MS 39232

Mississippi Department of Revenue
P.O. Box 23192
Jackson, MS 39225-3192


Morgan Sauer, M.D.
823 North Arthur Street
Little Rock, AR 72205


Multi-Management Services, Inc.
c/o Kelley Commercial Partners
P.O. Box 990 72203
Little Rock, AR 72203


NewCo Capital Group, LLC
c/o Registered Agent - SPI AGENT SOLUTIO
1540 Glenway Dr.,
Tallahassee, FL 32301


NT Capital Solutions
c/o Val Main
P.O. Box 90997
Nashville, TN 37209


NT Capital Solutions, LLC
3100 Old Canton Rd, Suite 200
Jackson, MS 39216


NT Capital Solutions, LLC
Wilmington Trust, Attn: Charles Hicks
15950 North Dallas Parkway, Ste. 550
Dallas, TX 75248


Origin Bank
1101 Roc Lane
Ruston, LA 71270


Origin Bank
Attn: Derrick Whittington
1063 Highland Colony Parkway
Ridgeland, MS 39157


Paul Boykin
1127 Windrose Circle
Madison, MS 39110


Paul Vanlandingham, MD.
1200 North State Street, Ste 500
Jackson, MS 39202


Perfectly Maid
695 Hanover Pike, Ste F
Hampstead, MD 21074


Phelps Dunbar, L.L.P.
Attn: Thomas Calvin Wells
1905 Community Bank Way, Ste 200
Flowood, MS 39232

Pileum Corporation
190 East Capitol Street, Suite 175
Jackson, MS 39201


Premium Merchant Funding 26 LLC
DBA: Premium Merchant Funding (PMF)
55 Water Street
New York, NY 10041


Prisock ProClean LLC
2656 Brooksville Rd.
Louisville, MS 39339


Professional Pest Management Inc.
2727 Jefferson Street
Macon, MS 39341


Quench USA, Inc.
199 Interstate Dr., Suite A
Richland, MS 39218


Quench USA, Inc.
630 Allendale Road, Suite 200
King of Prussia, PA 19406


Quest Diagnostics
P.O. Box 841725
Dallas, TX 75284


Quick Capital Funding
90 Broad St., Ste 903
New York, NY 10004


Raffi Minasian
1427 South Glendale Avenue
Glendale, CA 91205


Rent Mississippi, LLC
140 Stump Ridge Road
Brandon, MS 39047


River Oaks Hospital, LLC
c/o Geis Realty Group, Inc.,
P. O. Box 402176
Atlanta, GA 30384


Robert C. Masterson, DO
1901 Mission 66
Vicksburg, MS 39180


Rubicon Ventures LLC
3410 I Street
Little Rock, AR 72205

Sanford J. Feder, Esq.
Feder Business Law Firm
96 Andover Road
Jackson, NJ 08527-1223


SAP Concur Credit Card
601 108th Ave NE, Suite 1000
Bellevue, WA 98004


Secured Lender Solutions
P.O. Box 2576
Springfield, IL 62708


ServiceMaster Commercial Cleaning
P.O. BOX 168
Jackson, MS 39205


Shred-it USA, LLC
5526 Industrial Rd.
Jackson, MS 39209


Shred-it USA, LLC
28883 Network Place
Chicago, IL 60673-1288


Slone Plumbing Inc.
2559 Spring Mills Pl
Burlington, KY 41005


South Central Regional Medical Center
1203 Jefferson Street
Laurel, MS 39440


South Ridge Center, Inc
2343 Mississippi 1
Greenville, MS 38701


Southern Farm Bureau Life Insurance
1401 Livingston Lane
Jackson, MS 39213


Southern Medical Care
6600 US Hwy 98
Hattiesburg, MS 39402


Staples
P.O. Box 105748
Atlanta, GA 30348-5748


Staples DBA DEX imaging
P.O. Box 17299
Clearwater, FL 33762-0299


State of Delaware
16192 Coastal Hwy
Lewes, DE 19958

Steve Shepherd
238 Dominion Parkway
Hattiesburg, MS 39402


Taylor Group, Inc.
Attn: Richard Ballard
3690 North Church Avenue
Louisville, MS 39339


The Smarter Merchant, LLC
345 7th Avenue
New York, NY 10001


The Smarter Merchant, LLC
1115 Broadway, 11th Floor
New York, NY 10010


Third Horizon Strategies
Attn: Greg Williams
130 East Randolph Street, Suite 2810
Chicago, IL 60601


TLN Cleaning Services, LLC
2912 North 7th Avenue
Laurel, MS 39440


TMA Your Service, LLC.
DBA: Wellworks For You
70 East Lancaster Avenue
Frazer, PA 19355


Topline Recovery, LLC
1078 Summit Ave., Suite 104
Jersey City, NJ 07307


Travelers Insurance
P.O. Box 660317
Dallas, TX 75266-0317


United Parcel Services
P.O. Box 809488
Chicago, IL 60680-9488


Upfront Healthcare Services, Inc
500 West Madison Street, Ste 810
Chicago, IL 60661


Verikai, Inc.
2443 Fillmore St #380-16030
San Francisco, CA 94115


Waste Medic, LLC
P.O. Box 330724
Nashville, TN 37203

```
Wolters Kluwer Health
Two Commerce Square,
2001 Market Street, #5
Philadelphia, PA 19103


Wolters Kluwer Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071
```

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Vigilant Health Network, Inc.**　　　　　　　　　　　Case No.

　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Vigilant Health Network, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Invergarry Holdings, L.P.**
**4235 Hilllsboro Pike, Suite 300**
**Nashville, TN 37205**

**Invergarry Special Opportunities I, L.P.**
**4235 Hilllsboro Pike, Suite 300**
**Nashville, TN 37205**

☐ None [*Check if applicable*]

| | |
|---|---|
| January 9, 2025 | /s/ Robert J. Gonzales |
| Date | **Robert J. Gonzales** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Vigilant Health Network, Inc.** |
| | **EmergeLaw, PLC** |
| | **4235 Hillsboro Pike, Suite 300** |
| | **Nashville, TN 37215** |
| | **(615) 815-1535  Fax:** |
| | **ecf@emerge.law** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　Best Case Bankruptcy