IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In re: )
 ) Case No. 25-BK-00100
VIGILANT HEALTH NETWORK, INC., et al.,[1] )
 ) Chapter 11 (Subchapter V)
 ) Judge Charles M. Walker
Debtors. )
_____) Jointly Administered

## NOTICE OF FILING AMENDMENTS TO SCHEDULE E/F

Debtor Vigilant Health Network, Inc., pursuant to Local Rule 1009-1, hereby amends its Schedule E/F, unsecured non-priority claims, as follows:

| Debtor | Schedule Amended | Creditor Name and Address | Amount and Claim Number (if amending existing claim) | Contingent, Unliquidated, Disputed? | Purpose or Description |
|---|---|---|---|---|---|
| Vigilant Health Network, Inc. | E/F | James L. Barksdale<br>800 Woodland Parkway<br>Suite 118<br>Ridgeland, MS 39157-5200 | $1,023,615<br><br>Not previously scheduled | No | Replaces First Commercial Bank as creditor in consideration for payment of guaranty |
| Vigilant Health Network, Inc. | E/F | First Commercial Bank<br>Attn: Elisa Phillips<br>P.O. Box 12868<br>Jackson, MS 39236-2868 | $0<br>(originally scheduled as $1,000,000)<br><br>Claim No. 3.32 | No | Paid in full by third party guarantor |
| Vigilant Health Network, Inc. | E/F | Invergarry Holdings, L.P.<br>4235 Hillsboro Pike<br>Suite 300<br>Nashville, TN 37215 | $0<br>(originally scheduled as $1,200,000)<br><br>Claim No. 3.48 | No | Convertible note converted to equity |
| Vigilant Health Network, Inc. | E/F | Invergarry Special Opportunities I, L.P<br>4235 Hillsboro Road, Suite 300<br>Nashville, TN 37215 | $0<br>(originally scheduled as $70,000)<br><br>Claim No. 3.50 | No | Convertible note converted to equity |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of Debtors' federal tax identification numbers are: Vigilant Health Network, Inc. (5777), Diabetes Care Group, Inc. (3503), DCGM, Inc. (6854), and DCA Mississippi, LLC (0046). The corporate headquarters for the Debtors is 10 Burton Hills Blvd., Suite 400, Nashville, TN 37215 and the mailing address is P.O. Box 50395, Nashville, TN 37205.

| Debtor | Schedule | Creditor | Amount | Secured | Reason |
|---|---|---|---|---|---|
| Vigilant Health Network, Inc. | E/F | NT Capital Solutions, LLC<br>c/o Douglas C. Noble, Esq.<br>McCraney \| Montagnet \| Quin \| Noble, PLLC<br>602 Steed Road, Suite 200<br>Ridgeland, Mississippi 39157 | $0<br>(originally scheduled as $395,142.67)<br><br>Claim No. 3.68 | No | Convertible note converted to equity |
| Vigilant Health Network, Inc. | E/F | NT Capital Solutions, LLC<br>c/o Douglas C. Noble, Esq.<br>McCraney \| Montagnet \| Quin \| Noble, PLLC<br>602 Steed Road, Suite 200<br>Ridgeland, Mississippi 39157 | $0<br>(originally scheduled as $593,296.29)<br><br>Claim No. 3.69 | No | Convertible note converted to equity |
| Vigilant Health Network, Inc. | E/F | Paul Boykin<br>1127 Windrose Circle<br>Madison, MS 39110 | $0<br>(originally scheduled as $50,000)<br><br>Claim No. 3.70 | No | Convertible note converted to equity |
| Vigilant Health Network, Inc. | E/F | Carl Church<br>5539 Alexa Road<br>Charlotte, NC 28277 | $0<br>(originally scheduled as $25,000)<br><br>Claim No. 3.16 | No | Convertible note converted to equity |
| Vigilant Health Network, Inc. | E/F | George McGinn<br>6104 Bresslyn Road<br>Nashville, TN 37205 | $0<br>(originally scheduled as $25,000)<br><br>Claim No. 3.39 | No | Convertible note converted to equity |
| Vigilant Health Network, Inc. | E/F | Austin Triggs<br>6111 Hickory Valley Road<br>Nashville, TN 37205 | $0<br><br>Not previously scheduled | No | $25,000 convertible note converted to equity |
| Vigilant Health Network, Inc. | E/F | Dr. Marshall Bouldin<br>222 Valley Road<br>Ridgeland, MS 39157 | $0<br><br>Not previously scheduled | No | $25,000 convertible note converted to equity |
| Vigilant Health Network, Inc. | E/F | Dr. Raymond M. Hakim | $0<br><br>Not previously scheduled | No | $200,000 convertible note converted to equity |

Dated: March 14, 2025.                    Respectfully submitted,


                                          */s/ Robert J. Gonzales*
                                          Robert J. Gonzales (robert@emerge.law)
                                          Hannah L. Berny (hannah@emerge.law)
                                          EMERGELAW, PLC
                                          4235 Hillsboro Pike, Suite 300
                                          Nashville, Tennessee 37215
                                          (615) 815-1535

                                          *Counsel for Debtors and Debtors in Possession*